IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID DANIELS                                                    PLAINTIFF

v.              Civil No. 06-5205

SHERIFF KEITH FERGUSON;
CAPTAIN PETRAY; LT. CARTER;
SGT. FAULKENBURY; and SGT. NANCE              DEFENDANTS

## **ORDER**

On October 16, 2006, the complaint was filed in this case and a motion for jury trial (Doc. 2). The motion for jury trial is granted. **The clerk is directed to note on the docket sheet that the plaintiff made a timely demand for trial by jury.**

Upon review of the complaint, the court notes the plaintiff intended to name Sgt. Faulkenbury as a defendant. **The clerk is directed to add Sgt. Faulkenbury as a defendant.** The court, having heretofore entered an order allowing the plaintiff to proceed *in forma pauperis*, hereby directs the United States Marshal to serve the defendants Sheriff Keith Ferguson, Captain Hunter Petray, Lt. Carter, Sgt. Faulkenbury, and Sgt. Nance.

The defendants may be served at the Benton County Detention Center, 1300 S.W. 14th St., Bentonville, AR 72712. Defendants are to be served without prepayment of fees and costs or security therefor. The defendants are ordered to answer within twenty (20) days from the date of service.

IT IS SO ORDERED this 28th day of November 2006.

                                                             /s/ Beverly Stites Jones
                                                             UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)