IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID DANIELS     PLAINTIFF

v.     Civil No. 06-5205

SHERIFF KEITH FERGUSON;
CAPTAIN PETRAY; LT. CARTER;
SGT. FAULKENBURY; and SGT. NANCE     DEFENDANTS

## **ORDER**

    As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **March 27, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

    IT IS SO ORDERED this 27th day of December 2006.

    /s/ Beverly Stites Jones
    UNITED STATES MAGISTRATE JUDGE

-1-

**AO72A**
**(Rev. 8/82)**