```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**DAVID DANIELS**                                                **PLAINTIFF**

v.                          Civil No. 06-5205

**SHERIFF KEITH FERGUSON;
CAPTAIN PETRAY; LT. CARTER;
SGT. FAULKENBURY; SGT. NANCE
and SGT. TOMLIN**                                               **DEFENDANTS**

### O R D E R

Now on this 25th day of July, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #50, filed May 4, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's motions for a preliminary injunction or temporary restraining order are hereby **denied.**

**IT IS SO ORDERED.**

                                         **/s/Jimm Larry Hendren
                                         HON. JIMM LARRY HENDREN
                                         UNITED STATES DISTRICT JUDGE**