IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID DANIELS                                                              PLAINTIFF

        v.                        Civil No. 06-5205

SHERIFF KEITH FERGUSON;
CAPTAIN PETRAY; LT. CARTER;
SGT. FAULKENBURY; and SGT. NANCE                        DEFENDANTS

## O R D E R

Defendants have filed a motion for summary judgment (Doc. 43).  To assist plaintiff in responding to the motion, the court is propounding a questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the summary judgment motion.

For this reason, David Lee Daniels is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motions on or before **January 14, 2008**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 14th day of December 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID DANIELS                                                                    PLAINTIFF

                    v.                          Civil No. 06-5205

SHERIFF KEITH FERGUSON;
CAPTAIN PETRAY; LT. CARTER;
SGT. FAULKENBURY; and SGT. NANCE                                 DEFENDANTS

**<u>RESPONSE TO SUMMARY JUDGMENT MOTION</u>**

TO:  DAVID LEE DANIELS

        These questions and answers will serve as your response to the motion for summary

judgment filed by the defendants.  You may use additional sheets of paper in responding to

these questions.  You must file this response by **January 14, 2008.**

        1.  You were booked into the Benton County Detention Center (BCDC) on charges of

rape and sexual assault on December 28, 2005.  You were to be held for a bond hearing.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1.

_____

_____

_____

_____

        2.  The jail policy with respect to inmate visits states that inmates are encouraged to

maintain relationships with family and friends and that visiting is scheduled on a regular

basis, limited by the physical and personnel constraints of the jail.

-2-

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

1.

_____

_____

_____

_____

3.  The jail policy regarding discipline provides the  procedures to be used for

disciplinary actions and the limitations to the disciplinary actions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages

4-11 .

_____

_____

_____

_____

4.  The policy regarding inmate hygiene states that inmates confined to a housing unit

are provided availability to showers on a daily basis with the exception of inmates on lock-

down status.  Inmates on lock-down status are allowed to shower at least every three days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

12.

-3-

_____

_____

_____

_____

     5.  You were afforded access to a shower at least once every three days while on lock-

down status at the BCDC.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.

_____

_____

_____

_____

     6.  The BCDC policy provides that inmate telephone calls are collect with the

exception of numbers approved by the Benton County Jail Administration.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

13.

_____

_____

_____

_____

     7.  On December 28th you signed an inmate telephone system notice which stated that

-4-

the BCDC allowed inmates to make calls as a privilege only and that all calls are collect with

the exception of bail bond companies and other numbers previously approved by the Sheriff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3.

_____

_____

_____

_____

8.  The call detail report for you from December 28, 2005, until January 5, 2007,

shows you had continued access to a telephone during your incarceration.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4.

_____

_____

_____

_____

9(A).  The activity report indicates you participated in multiple activities during your

incarceration at the BCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5.

_____

_____

_____

_____

(B).  You were provided with opportunities to exercise outside your cell on a regular

basis.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(C).  You could perform basic exercise such as sit-ups and running in place in your

cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(D).  When you were not on lock-down you could have had visitors.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

-6-

_____

_____

_____

     10.  In your complaint you allege you were locked down on January 10, 2005.  Do you

mean January 10, 2006?

     Answer:  Yes _____  No _____.

     If you answered no, please explain.

_____

_____

_____

_____

     11.  Please state:  (a) why you were placed on lock-down; (b) whether you were given

a disciplinary; (c) whether you were found guilty of the disciplinary violation; and (d) how

long you remained on lock-down.

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

     12.  On February 22, 2006, you were given a disciplinary for concealing items from the jail staff.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 1.

_____

_____

_____

_____

     13(A).  You were provided with written notice of the violation and a hearing was held.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 1.

_____

_____

_____

_____

(B).  You were found guilty.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

1.

_____

_____

_____

_____

(C).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

1.

_____

_____

_____

_____

14(A).  On February 27th you were given a disciplinary for unauthorized

correspondence.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

1.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

(B).  You were provided written notice of the disciplinary violation and a hearing was

held.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

1.

_____

_____

_____

_____

(C).  You were found guilty of the violation.  You appealed the decision and the

decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

1.

_____

_____

_____

_____

15(A).  On March 15th you were given a disciplinary for refusing the order of a

-10-

deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

3.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was

held.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

3.

_____

_____

_____

_____

(C).  You were found guilty and given ten days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

3.

_____

-11-

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

3.

_____

_____

_____

_____

16(A).  On March 22nd you were given a disciplinary for exiting the cell without

wearing your uniform in the correct manner.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

4.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was

held.

-12-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 4.

_____

_____

_____

_____

(C).  You were found guilty and given five days lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 4.

_____

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 4.

_____

_____

_____

-13-

_____

17(A).  On May 14th you were given a disciplinary for fighting.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

5.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was

held.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

5.

_____

_____

_____

_____

(C).  You were found guilty and given thirty days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

5.

-14-

_____

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

5.

_____

_____

_____

_____

18(A).  On May 16th you were given a disciplinary for concealing items from jail

staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

6.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was

-15-

held.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

6.

_____

_____

_____

_____

        (C).  You were found guilty and given ten days lock-down.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

6.

_____

_____

_____

_____

        (D).  You appealed and the decision was affirmed.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

6.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

     19(A).  On May 16th you were also given a disciplinary for placing items on the cell

walls.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

7.

_____

_____

_____

_____

     (B).  You were given a written notice of the disciplinary violation and a hearing was

held.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

7.

_____

_____

_____

_____

     (C).  You were found guilty and given five days lock-down and loss of privileges.

This lock-down was to run concurrently with the lock-down you received on the disciplinary

for concealing items from jail staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

7.

_____

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

7.

_____

_____

_____

_____

20.  (A).  On May 16th you were given a disciplinary for disobeying the order of a

deputy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

8.

_____

-18-

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was held.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 8.

_____

_____

_____

_____

(C).  You were found guilty and given ten days lock-down.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 8.

_____

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-19-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 8.

_____

_____

_____

_____

21(A).  On May 17th you were given a disciplinary for stealing or being in possession of stolen property.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 9.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was held.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 9.

_____

_____

-20-

_____

_____

(C).  You were found guilty and given thirty days lock-down and loss of privileges.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

9.

_____

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

9.

_____

_____

_____

_____

22(A).  On May 20th you were given a disciplinary for possession of unauthorized

objects.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

-21-

10.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was

held.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

10.

_____

_____

_____

_____

(C).  You were found guilty and given ten days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

10.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

10.

_____

_____

_____

_____

23(A).  On June 6th you were given a disciplinary for storing food.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

11.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was

held.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

11.

_____

-23-

_____

_____

_____

(C).  You were found guilty and given five days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

11.

_____

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

11.

_____

_____

_____

_____

24(A).  On June 18th you were given a disciplinary for concealing items from the jail

staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-24-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 12.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was held.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 12.

_____

_____

_____

_____

(C).  You were found guilty and given ten days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 12.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

12.

_____

_____

_____

_____

25(A).  On July 10th you were given a disciplinary for concealing items from jail

staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

13.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was

held.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

AO72A
(Rev. 8/82)

13.

_____

_____

_____

_____

(C).  You were found guilty and given ten days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

13.

_____

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

13.

_____

_____

_____

_____

26(A).  On July 10th you were also given a disciplinary for refusing to obey the order

-27-

of a deputy.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

14.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was

held.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

14.

_____

_____

_____

_____

(C).  You were found guilty and given ten days lock-down and loss of privileges.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

14.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

14.

_____

_____

_____

_____

27(A).  On September 6th you were given a disciplinary for possession of contraband.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

15.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was

held.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-29-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

15.

_____

_____

_____

_____

(C).  You were found guilty and given thirty days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

15.

_____

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

15.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

28(A).  On September 6th it looks like you were given a second disciplinary for possession of contraband.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 16.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was held.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 16.

_____

_____

_____

_____

(C).  You were found guilty and given thirty days lock-down and loss of privileges.

Agree_____  Disagree_____  Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

-31-

16.

_____

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

16.

_____

_____

_____

_____

29(A).  On September 6th you were given a disciplinary for stealing.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

18.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was

-32-

held.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

18.

_____

_____

_____

_____

(C).  You were found guilty and given thirty days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

18.

_____

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

18.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

30(A).  On September 27th you were given a disciplinary for placing items on fixtures

not meant for that purpose.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

17.

_____

_____

_____

_____

(B).  You were given a written notice of the disciplinary violation and a hearing was

held.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page

17.

_____

_____

_____

_____

(C).  You were found guilty and given five days lock-down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-34-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 17.

_____

_____

_____

_____

(D).  You appealed and the decision was affirmed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6 at page 17.

_____

_____

_____

_____

31.  When were you released from the BCDC or transferred to another facility?

Answer:

_____

_____

_____

_____

_____

32.  Under section 1983, an individual may be sued in his official capacity, in his

-35-

individual capacity, or in both capacities.  An official capacity claim is the same as a claim against the entity for whom the individual works and requires a showing of a custom or policy.  Ordinarily, if you fail to state what capacity you are suing an individual in, the law presumes you are bringing only an official capacity claim.  An individual capacity claim seeks to hold the individual personally liable.  Did you intend to bring an official capacity claim, an individual capacity claim, or both types of claims against the defendants?

Answer:

_____

_____

_____

_____

33.   Each time you were placed on lock-down you were provided with written notice of the disciplinary violation, a hearing was held, you were found guilty, and you were given an opportunity to appeal the decision.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

-36-

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

34(A).  You allege you were denied mental health care due to being locked-down.

Please explain how you were denied mental health care because you were locked down.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(B).  Please state:  (a) who denied you mental health care; (b) how you were harmed

-37-

by being denied mental health care; (c) whether you suffered any physical injury as a result of being denied mental health care; and (d) if you suffered any physical injury, describe the injury in detail and how long it took you to recover.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-38-

_____

_____

35.  Sheriff Ferguson was not personally involved in any of the incidents mentioned in your complaint.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

36.   Please explain in detail how you believe Sheriff Ferguson violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-39-

_____

_____

_____

_____

_____

_____

_____


37.  Please explain in detail how you believe Captain Petray violated your federal

constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-40-

_____

_____

_____

_____

_____

38.  Do you believe a custom or policy of Benton County was the moving force behind the violation of your federal constitutional rights?

Answer:  Yes _____ No _____.

If you answered yes, please describe in detail the custom or policy and how it operated to deprive you of your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-41-

_____

_____

_____

_____

_____

_____

_____

_____

39.  Please explain in detail how you believe Lt. Carter violated your federal

constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-42-

_____

_____

_____

_____

_____

40.   Please explain in detail how you believe Sgt. Faulkenberry violated your federal

constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-43-

_____

_____

41.  Please explain in detail how you believe Sgt. Nance violated your federal

constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Detail below any further response you would like to make to the motion for summary

-44-

judgment.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-45-

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2007.


_____

DAVID LEE DANIELS


-46-