**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DAVID DANIELS**                                                                    **PLAINTIFF**

**v.**                                    **Civil No. 06-5205**

**SHERIFF KEITH FERGUSON;**
**CAPTAIN PETRAY; LT. CARTER;**
**SGT. FAULKENBURY; SGT. NANCE;**
**and SGT. TOMLIN**                                                                **DEFENDANTS**

**O R D E R**

Now on this 13th day of March, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #56, filed February 22, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **defendant's Motion for Summary Judgment (Doc. #43) is hereby granted and plaintiff's Complaint is dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                            **/s/Jimm Larry Hendren**
                                                            **HON. JIMM LARRY HENDREN**
                                                            **UNITED STATES DISTRICT JUDGE**